UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SAEED KAID,<br><br>Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to Defendant's motion (Dkt. No. 961) by March 23, 2021.

Dated:  New York, New York
         March 16, 2021

                                             SO ORDERED.

                                             _____
                                             Paul G. Gardephe
                                             United States District Judge