

SAHLI LAW, PLLC
195 BROADWAY, 4TH FLOOR
BROOKLYN, NY 11211
PH: 347-378-8132
WWW.SAHLILAW.COM

April 16, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE: <u>United States v. Saeed Kaid</u>, 16 Cr. 281 (PGG)

Your Honor:

We write with the Government's and Probation's consent respectfully to request that the conference scheduled for April 18 be adjourned to May 3 at 11:00 am, which we understand is a date and time that is convenient for the Court. The reason for the request is to allow the parties additional time to work out details of plea negotiations.

Thank you for your consideration.

Respectfully submitted,

/s/ Emilee Sahli
Benjamin Silverman
Emilee Sahli
*Attorneys for Saeed Kaid*

Cc: Parties of record (by ECF)
    Probation Officer Adam Pakula (by email)
    Saeed Kaid (by U.S. mail)

MEMO ENDORSED

The Application is **granted.**

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: April 16, 2024