UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SAEED KAID,

Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In connection with Defendant's bail application, any submissions on behalf of the parties or the Probation Department are due by **May 16, 2024.**

A continuation of the violation of supervised release hearing in this matter will take place on **Thursday, May 23, 2024, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 3, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge