UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           - against -<br><br>SAEED KAID,<br><br>                              Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        A continuation of the violation of supervised release hearing in this matter will take place on **Tuesday, June 11, 2024, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 4, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge