UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　- against -<br><br>SAEED KAID,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　A sentencing hearing will take place on **Thursday, September 19, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

　　　　　The Defendant's sentencing submission is due by **September 5, 2024**, and the Government's submission is due by **September 12, 2024**.

Dated:　New York, New York
　　　　　June 11, 2024

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　United States District Judge