UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SAEED KAID,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing hearing conference scheduled for September 19, 2024, is rescheduled to **September 6, 2024, at 3:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's sentencing submission is due by **August 26, 2024**, and the Government's submission is due by **August 30, 2024**.

Dated: New York, New York
       August 15, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge